# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAGER MANAGEMENT INC., et al.,** | : | **CIVIL ACTION** |
| Plaintiffs | : | |
| | : | |
| v. | : | NO. 11-2372 |
| | : | |
| **COLUMBIA CASUALTY COMPANY,** | : | |
| Defendant | : | |

## **ORDER**

**AND NOW**, this 18th day of August, 2011, upon consideration of defendant Columbia Casualty Company's motion to dismiss plaintiff's complaint (Doc. #4), and all responses and replies thereto, IT IS HEREBY ORDERED that the motion is **DENIED** for the reasons set forth in the accompanying memorandum.

    BY THE COURT:

    /s/ LAWRENCE F. STENGEL
    LAWRENCE F. STENGEL, J.